```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 18669
   DIANN M PRANGE
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7678

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/10/2005 and was confirmed 08/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  28.49% from remaining funds.

     The case was paid in full 09/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   UNSECURED         3797.91          .00        1082.02
BALLYS TOTAL FITNESS       UNSECURED       NOT FILED          .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED OTH    433.54            .00         123.11
SPRINT                     NOTICE ONLY     NOT FILED          .00            .00
DEPENDON COLLECTION SERV   UNSECURED       NOT FILED          .00            .00
MID AMERICA BANK           NOTICE ONLY     NOT FILED          .00            .00
BLATT HASENMILLER LEIBSK   NOTICE ONLY     NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED          .00            .00
SPRINT                     NOTICE ONLY     NOT FILED          .00            .00
SPRINT                     UNSECURED       NOT FILED          .00            .00
SPRINT                     NOTICE ONLY     NOT FILED          .00            .00
STATEWIDE CREDIT ASSN      UNSECURED       NOT FILED          .00            .00
TOYOTA MOTOR CREDIT CO     UNSECURED        10322.86          .00        2940.98
LAREDOUTE                  NOTICE ONLY     NOT FILED          .00            .00
ASSET ACCEPTANCE CORP      UNSECURED OTH   1691.43            .00         482.35
TIMOTHY K LIOU             DEBTOR ATTY     2,209.20                      2,209.20
TOM VAUGHN                 TRUSTEE                                         434.34
DEBTOR REFUND              REFUND                                           83.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  7,355.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                       4,628.46
ADMINISTRATIVE                                  2,209.20
TRUSTEE COMPENSATION                              434.34
DEBTOR REFUND                                      83.00
                         ---------------      ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 18669 DIANN M PRANGE
```

```
TOTALS                              7,355.00              7,355.00
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/22/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE